DOROTHY FROOKS, Respondent, *v.* GEORGE T. PECK, Appellant.

Supreme Court, Appellate Term, First Department, February 8, 1962.

*Elliott L. Biskind* for appellant. *Sanford Solarz* for respondent.

*Per Curiam.* A husband's common-law obligation to answer for his wife's necessary expenses terminated upon the severance of the marital relationship. Therefore, legal services rendered to a former wife in connection with a proceeding to vacate a prima facie valid divorce decree of a sister State, which proceeding was discontinued, are not necessaries for which the former husband is liable.

The judgment should be reversed, with $30 costs and judgment directed for defendant dismissing the complaint, with costs.

Concur — HECHT, J. P., GOLD and CAPOZZOLI, JJ.

Judgment reversed, etc.